**STATE of Louisiana**

v.

**Caroline BORDELON**

**NO. 2016-KK-1794**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. D, No. 15-845; to the Court of Appeal, Fifth Circuit, No. 16-K-479

Denied.

**Ronald Raymond ST. PIERRE**

v.

**CONTINENTAL INSURANCE COMPANY, et al.**

**NO. 2016-CC-1814**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. M, No. 2013-631; to the Court of Appeal, Fourth Circuit, No. 2016-C-1016

Denied.

**STATE of Louisiana**

v.

**Wilson GROOM**

**NO. 2016-KK-1804**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Jefferson, 24th Judicial District Court Div. D, Nos. 14-6260, 15-0837; to the Court of Appeal, Fifth Circuit, No. 16-K-481

Denied.

**STATE of Louisiana**

v.

**Martin G. LEMOINE**

**NO. 2015-K-1120**

Supreme Court of Louisiana.

October 12, 2016

Applying For Writ of Certiorari and/or Review, Parish of Pointe Coupee, 18th Judicial District Court Div. A, No. 70287-F; to the Court of Appeal, First Circuit, No. 2014 KA 1158

Granted.